JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSE CORPORATION, | CV 15-2574 PA (JPRx) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| JONAS JOSEPH, an individual; and DOES 1-10, Inclusive, | |
| Defendants. | |

Pursuant to this Court's August 21, 2015 Minute Order granting the Motion for Default Judgment filed by plaintiff Bose Corporation ("Plaintiff") against defendant Jonas Joseph ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.      Defendant shall pay Plaintiff damages in the amount of $175,000.00;

2.      Defendant shall pay Plaintiff's attorneys' fees in the amount of $7,100;

3.      Plaintiff shall recover its costs of suit in the amount of $611.11.

It is further ORDERED, ADJUDGED, and DECREED that Defendant and his agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendant, and each of them, are permanently restrained, enjoined, and prohibited from:

1. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit Bose®-branded products identified in the Complaint and any other unauthorized Bose®-branded products, or products bearing Plaintiff's Trademarks (including any non-genuine reproduction, counterfeit, copy or colorable imitation thereof).

2. The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the infringing and diluting product identified in the Complaint and any other product which infringes or dilutes Plaintiff's Trademarks, trade name and/or trade dress including, but not limited to, any of Plaintiff's Trademarks at issue in this action.

3. The unauthorized use, in any manner whatsoever, of Plaintiff's Trademarks, trade name and/or trade dress including, but not limited to, the Plaintiff's Trademarks at issue in this action, any variants, colorable imitations, translations and/or simulations thereof and/or any items that are confusingly similar thereto, including specifically:

  a. on or in conjunction with any product or service; and

  b. on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, or containers.

4. The use of any trademark, trade name, or trade dress that falsely represents, or is likely to confuse, mislead or deceive purchasers, customers, or members of the public to believe that unauthorized product imported, exported, manufactured, reproduced, distributed, assembled, acquired, purchased, offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised and/or promoted by Defendant originates from Plaintiff, or that said merchandise has been sponsored, approved, licensed by, or associated with Plaintiff or is, in some way, connected or affiliated with Plaintiff.

5. Engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that

Defendant is connected with, or is in some way sponsored by or affiliated with Plaintiff, purchases product from or otherwise has a business relationship with Plaintiff.

6.      Affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods, a false description or representation, including words or symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

DATED: August 21, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE